# EXHIBIT A

Hermann Hauser

by R. E. Bruné

Acoustic Guitar magazine

Few makers evoke the awe and respect of Hermann Hauser I (1882-1952), yet in his lifetime he made relatively few instruments in the Spanish style, about 400 by the estimate of his son Hermann II (1911-1988), who worked alongside his father from 1930 onwards.  Trained as a lute, zither and guitar maker, his early guitars were in the Viennese style as developed by Stauffer, Scherzer, and other 19th century Germanic makers.  In 1924 Hauser was introduced to Andrés Segovia through Miguel Llobet, who was playing concerts for the München guitar society which Hauser belonged to.  Encouraged by Segovia, in 1924 Hauser began making guitars in the Spanish style as perfected by Antonio de Torres for the gypsy flamenco marketplace.  Just as Tárrega put Torres on the map, Segovia put Hauser on the map, playing his instruments publicly beginning in 1929.

Hauser began creating his personal Spanish models based on several different Spanish models including Torres, Manuel Ramirez, Santos Hernandez, and others. Hauser, being entirely unfamiliar with the art of flamenco, conceptualized the guitar differently than Spanish makers, who built very thin fragile instruments, constructing his sound boards with much greater thickness', generally in the 2.5 to 3 mm range, compared to Spanish makers of the era, who typically used thickness' of around 2 mm, or even less.  The result was an instrument that was less raucous and boomy, but much more even and colorful, an instrument that is truly symphonic.  Segovia and other players of the era were seeking guitars of color and clarity, capable of projecting these subtleties to the farthest reaches of the largest concert halls.  They were not looking for percussive instruments suitable for accompanying flamenco singers and dancers.  Although Hauser was not the first non-Spanish maker to build in a Spanish style, he was by far the most successful and widely emulated.

(Figure 1.)In 1920 Hauser took out a patent for an improved sound board bracing design which he applied to the Viennese (Stauffer) model.  This design utilized two longitudinal fan struts, along with a transverse strut under the bridge saddle.  Much later in the 1950's the Parisian guitar maker Robert Bouchet used a similar idea in his improved Bouchet model.  It is not known if he was familiar with the Hauser patent or not, but as I have observed over and over, there is very little new under the sun when it comes to ideas for improvements to guitars.  Hauser never used this patent design on his Spanish models.

Some early Hauser guitars in the Spanish style had odd features, such as laminated backs consisting of outer veneers of rosewood or other tropical species glued to a thicker inner back of spruce or other material, a feature that harks back to the early 19th century French and Germanic makers.  Until the mid 1930's he made his fret boards with a "zero" fret,  as illustrated by the 1928 Hauser owned by the late Charlie Byrd.

Borrowing from his tradition of lute making, Hauser used small wooden pins in the bridges of his guitars to locate their position on the sound board, something never done by Spanish makers (nor ancient lute makers).  His fingerboards all have a curious feature: a cross-grain veneer of dyed black pearwood about 1 mm thick fitted underneath the fret board which extends from the twelfth fret to the sound hole.  The purpose of this is regarded as a family secret (many owners are completely unaware of its existence!), but it is a feature that can cause problems during extremes of humidity fluctuation, preventing the natural movement of the fingerboard in this area.

Hauser experimented with sound board bracing designs considerably.  Some Hauser guitars are made with sound boards of mismatched halves, as was common with Torres.  Others have sound boards with pieces glued to the outer wings to make up the width.  In the beginning he used top cross struts with openings cut in them, as had Torres before him, later omitting this feature.  One improvement associated with Hauser is found in the famous 1937 instrument owned by Segovia, an interior spruce bridge strap glued directly underneath the bridge, with fan struts notched to fit over it.  Sometimes called a counter bridge, this is a feature used in theme and variation by many contemporary makers including José Ramírez, Aguado y Hernandez, Ignacio Fleta, Miguel Rodriguez, Robert Ruck and countless others.  The bridge strap alows for more even sound.

His earlier instruments have fan struts taller than they were wide, the result being a very stiff brace which would tend to favor the bright upper overtones of an instrument.  Later, he began using fans that were wider than they were tall.  This type of pattern favored a deeper tonal quality from the instrument.  Hauser II returned to the taller fan strut in his instruments from the 1950's onward.  Space does not permit a detailed examination of their bracing and its variations, they did not make the exact same cookie-cutter guitar over and over, but constantly sought the refinements that would perfect what was already perfect.*

 Hauser took his external cues from Torres (particularly the 1859 instrument owned by Llobet), Santos, Manuel Ramírez (owned by Segovia), and even Francisco Simplicio and Enrique Garcia.  A few Hauser guitars were fitted with the tornavoz, a brass tapered cylinder extending from the sound hole to nearly touching the back inside.  This device, which was used on occasion by Torres, and often by Enrique Garcia into the 20th century, was supposed to give focus to the sound.  However, sound waves by definition cannot be "focused"  (unidirectional) any more than dropping pebbles in a still pond can direct the wave ripples to one side at the expense of the opposite side.  However, the tornavoz did have the function of baffling the sound hole, in effect making it slightly smaller, which gave a deeper resonance to the guitar.  This deep quality was highly prized in the early 20th century, but by the 1930's was rapidly falling out of favor with players looking for instruments that were more "brilliant" in tonal character.  This trend toward brilliance has continued to the present day among most players, as the more brilliant instrument will be more easily heard in a large concert hall, especially those designed with modern orchestras in mind, rather than solo guitarists.

Hauser's varnishes are superb, very thin, beautifully applied, aging gracefully, and most importantly, not inhibiting the sound.  After the death of Hauser Sr. in 1952, Hauser Jr. began finishing the guitars with nitrocellulose lacquer, an industrial coating applied with a spray gun, but never used in Spain.  The surface was leveled by using a pad soaked in lacquer thinner to "pull" the lacquer over the pores of the wood.  This technique avoided the laborious process of wet sanding to level the sprayed surface, and yielded a final surface that looked like it had been padded, but in effect was a much thicker than traditional french polish.  Nitrocellulose lacquer is also prone to crazing and cracking, and Hauser guitars from the 1950's and 60's already show this degradation, resembling older Martin guitars. Hauser Jr. also stopped using ivory for the nuts, saddles and bridge tie block inlays, switching to a plastic material, the same as that used for the rollers of the Landsdorfer tuning machines.  This plastic material was softer than bone or ivory, did not wear nor glue well, and over time turned a very deep orange color.

(Figure 2.)Hauser Jr. also began to assert his own ideas for bracing, one major innovation being the steam bent lower cross strut between the sound hole and bridge, which is much weaker in the center, and actually allowed the sound board to drop a few millimeters below the plane of the top.  A straightedge placed across the waist of the top will show the center of the top by the rosette about 3 mm below the straight line, resulting in a top that is actually concave rather than domed, contrary to what most makers would advocate.  The topography of these Hauser sound boards is actually rather complex, as the arch of the bridge creates a transverse arch in the sound board under the bridge, but the curved cross strut allows the top to be longitudinally concave at the same time.  In terms of sound, this complex geometry in and of itself has little if any definable affect, the bridge, bracing, finish and top thickness' being far more important.  It is an innovation which to date has not enjoyed a significant following among contemporary luthiers.

(Figure 3.)Late in the 60's Hauser Jr. developed his ultimate signature bracing pattern, dispensing with the lower top cross strut altogether in favor of a very weak upper "V" (or half "X" brace if you prefer).  This pattern opened up the sound board considerably in the lower regions, but it was prone to significant collapse due to the concentration of forces by the edge of the sound hole in front of the bridge.  Some owners fitted a sound post to prevent further collapse of the top, which has little if any detrimental affect on the sound, although they do tend to make the instrument feel a little tighter.

Hauser Jr. also began using cedar and redwood for his tops, the redwood having been supplied by guitarist Michael Lorimer who got some sets from the late Craig Carter.  For sides and backs, they traditionally used both Brazilian and Indian rosewood, along with other tropical woods,  and flamed maple of the same type used by violin makers.  Some Hauser guitars have mixed species for the sides and backs.  Sometimes the sides and backs do not match in character at all, even when they are the same species.  Necks were usually made of Honduras mahogany, but Hauser Sr. also used African mahogany or even Philippine mahogany.  The spruce used for their sound boards and bracing is exceptionally fine stock, cut very carefully to avoid run-out, and always well quartered, the kind of text book perfect wood most luthiers only dream of finding.

The Hausers have offered several different models, usually named for the well known performer that inspired them, such as the Segovia, Llobet, Bream, and Romero models, the latter having a longer scale, cedar top and Rodriguez inspired body.  Today, Hermann Hauser III and his assistants continue the work of his ancestors with little change to the models.

*Our use of the term "fan bracing" is unfortunate, in that it implies a purely structural function.  Even Hauser's own bracing treatment would suggest that he viewed this as a structural element as much as an acoustical element.  My own observations and experiments have shown that fan braces are entirely unnecessary from a structural point of view, but quite important from an acoustical view.  Perhaps it would have been better if they had been called "sound controllers," as this is their relevant function from the musician's standpoint.  For more on this subject, see my article in American Lutherie No. 79 Fall, 2004.  For more on Hermann Hauser see my article in Vintage Guitar Magazine. February, 1998 Vol 12, No. 05.

BIO: Richard Bruné began making guitars in 1966 and is a former professional flamenco guitarist.  He has written extensively for the Guild of American Luthiers and other organizations for almost 40 years.  He has lectured at many major international guitar festivals and museums including the Metropolitan Museum of Art in New York City.  His work has been displayed by many museums including the Smithsonian Institute of Washington D.C., and his clients have included such diverse artists as Andrés Segovia, the Romeros, Sabicas, Earl Klugh, Howard Levy, and el Moraito de Jerez.  For many years he has been a collector and dealer of fine classical and flamenco guitars, and he is currently working on a book about the great makers.  Recently he was featured on the PBS documentary, "Los Romeros:  The Royal Family of the Guitar," and his new book, "The Guitar of Andrés Segovia:  Hermann Hauser 1937" was recently published by Dynamic of Italy.  You can write to him at 800 Greenwood Street, Evanston IL 60201, or visit his web site at www.rebrune.com

Acoustic Guitar Magazine HAUSER ARTICLE photo captions:

Note:  All photos/drawings are by R. E. Bruné except where noted on the captions.  Photo captions are not necessarily in order with the text.

38hauser.JPG:  Figure 4:  Line drawing of a 1938 Hauser formerly owned by Andrés Segovia.

50'shauser.JPG:  Figure 2:  Typical 1950's bracing pattern used by Hermann Hauser II.  The lower harmonic bar is curved rather than straight, a Hauser Jr. innovation.

60'shauser.JPG:  Figure 3:  The typical pattern used late in Hauser Jr.'s career.  Note the lack of upper cross brace and the "half-X" which is used in place of the lower cross brace.  This pattern concentrates much of the twisting force of the string tension right at

the lower edge of the sound hole.  This pattern was used from around 1968 onwards by Hauser Jr.

All three above line drawings are by R. E. Bruné

1920hauserpatent.JPG:  Figure 1:  Schematic drawing of Hauser's 1920 German patent for improved sound board construction.  This used not only two rudimentary fan braces (something not done in Viennese guitars) but also a nodal bar located under the bridge which stiffened the top across the grain.  His German patent No. 339867 was stamped on the back of these models.  From the Manual of Guitar Technology by Franz Jahnel, page 43.

byrdhauserhead.JPG:  The head of the 1928 Hauser owned by the late Charlie Byrd.  Hauser did not always use the Torres style triple arch design, and this particular design is derived from the 1912 Manuel Ramírez owned by Segovia, which Hauser meticulously measured.

byrdhauserfront.JPG:  Front view of the sound board of Charlie Byrd's 1928 Hauser after restoration in the Bruné workshop.  Can you see the added wing Hauser used to make the sound board wide enough?  On the label Hauser has written:  "Manu Propria," which is Latin for "by my own hand."  Even at that time there were several others helping Hauser with his production of instruments, and Hauser distinguished his own personally made instruments with this legend, which he later shortened to "M.P." after W.W.II.

byrdhauser3/4.JPG:  Beauty shot of Charlie Byrd's 1928 Hauser after restoration.

DSCF3777.JPG:  Front view of 1920 Hauser owned by the late Japanese classical guitarist and teacher Shin Ogura, who purchased the instrument directly from Hauser.  This is not a Viennese Legnani model, but rather a model derived from very early south German instruments.

DSCF3819.JPG:  Interior stamp of 1920 Hauser.  It reads:  "Artistic workshop for instrument making and string winding, Bayerstrasse, 33."  This was Hauser's address before he took over the Max Amberger Zither shop at Müllerstrasse.

DSCF4210.JPG:  Detail of an export label from 1930 which says, "Made especially for my representatives Celestino Fernandez y Brothers."  Celestino Fernandez was one of several leading guitar importers in Buenos Aires, Argentina.  Hauser also made and sold his own brand of strings in South America.  Note that the label has a provision for a number, but it was never filled in by Hauser, who only briefly used numbers during early 1930.

DSCF4211.JPG:  Interior view of 1930 Hauser No. 990 ex collection Sophocles Papas, during restoration showing the cut outs in all the cross struts which allows much greater freedom of top vibrations.  This is the very same design copied by José Romanillos for

the very famous guitar that he made for Julian Bream, José's design coming from Hauser No. 991 owned by Brazilian guitar maker Sergio Abreu who provided the drawing to José.

DSCF4213.JPG:  Underneath view of the bridge from 1961 Hauser Jr. No 697 showing the rosewood pins which locate in holes drilled in the top to ensure correct bridge placement.  Note Hauser's scribed cross hatching on the glue surface.

DSCF4214.JPG:  Hauser Jr. in his workshop 1966.  In the background one can see completed guitars awaiting the attachment of the head with its complex "V" joint, which the Hauser's are famous for.  They perform this critical operation after the body and neck is completed.

DSCF4215.JPG:  Hauser Jr. in his garden in the Reisbach/Vils workshop 1966.

DSCF4217.JPG:  Detail from a 1928 Hauser showing the precision of the fit of the back brace into the mortise.  Even today, one rarely sees this level of perfection in craftsmanship.

DSCF4218.JPG:  Detail from a 1928 Hauser showing the rosewood bridge pin just under the 5th string between the saddle and tie block.

DSCF4219.JPG:  Detail from a 1928 Hauser showing the 1 mm dyed black cross grain pearwood veneer glued to the underneath side of the fingerboard between the 12th fret and the sound hole.

DSCF4220.JPG:  Elaborate carved head of a 1936 Hauser.  This was done on rare occasion by Hauser, and the actual carved heads appear to have been done by specialist carvers, as they vary considerably in style.  PHOTO:  CAMILO CORREA.

DSCF4221.JPG:  Hermann Hauser Sr. ca. 1930 in his München shop.  PHOTO: HAUSER FAMILY ARCHIVES

DSCF4222.JPG:  The Reisbach/Vils workshop showing Hermann Hauser III seated at the bench with assistants.  PHOTO:  HAUSER FAMILY ARCHIVES

DSCF4223.JPG:  1933 Hauser Viennese model.  This shows that even at this date, some players were not entirely convinced of the superiority of the Spanish model, and the Hausers have continued to offer the Viennese model which they make in several sizes for those who prefer this design.  PHOTO:  ELMAOUHAB ALEX.

Note:  I have included some important information in the photo captions which is not in the main article text, so if some photos are not used, it may be necessary to incorporate some the the caption information into the main article.