# EXHIBIT D

Gear Feature AG 181

HED: Hermann Hauser

DEK:

by R. E. Bruné

**[Redline of Article appearing on Page 70 of the AG Magazine]**

From its humble origins as accompaniment for Gypsy singers and dancers in noisy taverns, to its evolution as an expressive vehicle for virtuosos in the world's most revered concert halls, the classical guitar has become a familiar part of music from classical to pop. The work of guitar maker Hermann Hauser I was pivotal to this transformation of the instrument and today, the bold designs and construction techniques of Hauser I and his son, Hermann Hauser II, continue to guide contemporary guitar builders the world over.

**[Redline of Article appearing on Page 71 of the AG Magazine]**

Hauser I made relatively few guitars in his lifetime, about 400 by the estimate of his son Hauser II. But what he did not achieve in terms of output he made up for with impact and impeccable timing – as classical guitar was achieving unprecedented visibility, some of its greatest artists were playing Hauser guitars.

FORTUITOUS MEETINGS, EXPLORATIONS IN DESIGN

Trained as a violin, lute, zither and guitar maker by his father Josef, Hauser I built his early guitars in the Viennese style that was prevalent among 19th-century German and Austrian makers. But in 1924, Hauser was introduced to Andrés Segovia, who was just beginning his international career and performing for the Münich guitar society. While staying in Munich, Segovia, who at the time played a Manual Ramírez guitar, tried one of Hauser's Viennese-style instruments and was dazzled by its exceptional craftsmanship. Segovia offered his Ramírez to Hauser for inspection, and as he left Munich, made no secret of his desire for a Hauser that matched the dimensions of his beloved Ramirez.

Hauser was encouraged by Segovia's patronage and began building guitars closer in style to the Spanish flamenco instruments built by Antonio de Torres and Ramirez. Just as Francisco Tárrega put Torres on the map, Segovia catapulted Hauser to notoriety when he began playing Hauser's instruments publicly in 1929, bringing them to the attention of aficionados around the world. Through their relationship, Hauser also paved the way for a new wave of classical guitar design that moved in lockstep with spreading popularity and acceptance of concert classical guitar.

**Deleted:** ¶
Few makers evoke the awe and respect of Hermann Hauser I (1882-1952), yet in his lifetime he

**Deleted:** instruments

**Deleted:** the Spanish style

**Deleted:** Hermann

**Deleted:** (1911-1988),

**Deleted:** who worked alongside his father from 1930 onwards.

**Deleted:**

**Deleted:** and later with the makers Braun and Max Amberger of Münich

**Deleted:** ,

**Deleted:** were i

**Formatted:** Superscript

**Deleted:** as developed by Stauffer, Scherzer, and other 19th century Germanic makers.

**Deleted:** I

**Deleted:** by Miguel Llobet, the early 20th century Iberian concert virtuoso, who was playing concerts for

**Deleted:** which Hauser belonged to

**Deleted:** who was just beginning his international career,

**Deleted:** in 1924 Hauser began making guitars in the style of

**Deleted:** originally created for the Spanish gypsy flamenco players

**Deleted:** put

**Deleted:** on the map, playing his in

**Deleted:** beginning

**Deleted:** and

**Deleted:** the internationalization of the classical guitar and its construction.

CONSTRUCTION REVOLUTIONS

Hauser was not the first non-Spanish maker to build in a Spanish style. But he was by far the most successful and widely emulated, influencing makers around the world and setting a standard for craftsmanship that would ensure his enduring legacy.

He created his own Spanish models using the work of Torres, Santos Hernandez, and, of course, Ramírez, as a starting point. But being entirely unfamiliar with the art of flamenco, Hauser conceptualized certain construction elements much differently than Spanish makers, who built very thin-topped, percussive instruments suitable for accompanying flamenco singers and dancers. Instead, Hauser built his sound boards with much greater thickness -- generally .5 to 1.5 mm thicker than tops built by the great Spanish builders.

The result was an instrument that was less raucous and boomy, but much more even and colorful, and to some ears, better suited for symphonic performance. Hauser's guitars were a perfect match for Segovia and other players of the era who sought guitars of color and clarity and the capability to project these subtleties to the farthest reaches of the largest concert halls.

**Deleted:** Precedents¶

**Deleted:** Hauser began

**Deleted:** ing

**Deleted:** personal

**Deleted:** based on several different Spanish models including

**Deleted:** Manuel Ramirez,

**Deleted:** others. Hauser,

**Deleted:** the guitar differently than Spanish makers,

**Deleted:** fragile

**Deleted:** ,

**Deleted:** constructing

**Deleted:** '

**Deleted:** ,

**Deleted:** in the 2.5 to 3 mm range, compared to

**Deleted:** makers of the era, who typically used thickness' of around 2 mm, or even less

**Deleted:** an instrument that is truly

**Deleted:** were seeking

**Deleted:** , capable

**Deleted:** of

**Deleted:** ing

**Deleted:** They were not looking for percussive instruments suitable for accompanying flamenco singers and dancers. Although Hauser was not the first non-Spanish maker to build in a Spanish style, he was by far the most successful and widely emulated, influencing makers working around the world.

**[Redline of Article appearing on Page 72 of the AG Magazine]**

DRIVEN TO INNOVATE

Much of Hauser's success was spurred by the restless desire to improve his own design concepts. A design for an improved sound board featuring two longitudinal fan braces and a transverse brace under the bridge saddle, for example, proved successful enough to become a part of many maker's design vocabularies. Some early Hauser guitars built in the Spanish style also had odd features that reveal an appetite for experimentation, such as laminated backs made with outer veneers of rosewood or other tropical species glued to a thick inner back of spruce or other material, a feature that harks back to the early 19th century French and German makers.

**Deleted:** Early Hausers/ Unique features

**Deleted:** (Figure 1.

**Deleted:** )In 1920 Hauser took out a patent

**Deleted:** bracing design which he applied to the Viennese (Stauffer) model. This design utilized

**Deleted:** struts, along with

**Deleted:** strut

**Deleted:** an idea later used in the 1950's by the Parisian guitar maker Robert Bouchet. However, Hauser never used this patent design in any of his Spanish models.

**Deleted:** ,

**Deleted:** backs

**Deleted:** consisting of

**Formatted:** Superscript

**Deleted:**

**Deleted:** ic

**Deleted:** Until the mid 1930's he made his fret boards with a "zero" fret, as illustrated by the 1928 Hauser owned by the late Charlie Byrd. Borrowing from his tradition of lute making, Hauser used small wooden pins in the bridges of his guitars to locate their position on the sound board, something never done by Spanish makers (nor ancient lute makers). His fingerboards all have a curious feature: a cross-grain veneer of dyed black pearwood about 1 mm thick fitted underneath the fret board which extends from the twelfth fret to the sound hole. The purpose of this is regarded as a family secret (many owners are completely unaware of its existence!), but it is a feature that can cause problems during extremes of humidity fluctuation, preventing the natural movement of the fingerboard in this area. From the beginning, Hauser guitars had the heads attached to the necks with a very complex technical "V" joint, visually impressive, but musically superfluous.¶
¶
Sound board Design¶

As with so many of his designs, Hauser did not settle with a single soundboard design despite his initial success. Some Hauser guitars are made with sound boards of mismatched halves of spruce, as was common with Torres. Others are constructed from narrow soundboards with pieces glued to the outer wings to widen them – a necessity due to the narrow boards of spruce Hauser had available, but which ultimately had no acoustic consequence.

Bracing was also subjet to the occasional rethink. Hauser's earlier instruments have fan struts taller than they were wide, which favored the bright upper overtones of an instrument. Later, however, he began using fans that were wider than they were tall, a configuration that induced a deeper, tonal quality from the instrument.

One significant design improvement associated with Hauser is found in the famous 1937 instrument owned by Segovia (now in the Metropolitan Museum of Art in New York City). The design comprises an interior spruce bridge strap glued directly underneath the bridge, with fan struts notched to fit over it. Sometimes called a "counter bridge," it's a feature used by many contemporary makers including José Ramírez, Hernandez y Aguado, Ignacio Fleta, Miguel Rodriguez, and others. Many players and luthiers attest that the bridge strap facilitates better projection of higher frequencies. And while who actually invented the idea is up for debate, credit goes to Hauser for putting this feature into the design lexicon of makers around the world today.

Hauser's propensity for using unusual construction and design techniques extended beyond bracing and and body construction. Until the mid-1930s he made his fret boards with a "zero" fret, as illustrated by a 1928 Hauser owned by the late Charlie Byrd (see page 70). Borrowing from his tradition of lute making, Hauser also used small wooden pins in the bridges of his guitars to locate their position on the soundboard, something never done by Spanish makers.

Not all of Hauser's design ideas were perfect. His fretboards all have a curious cross-grain veneer of dyed black pear

**Deleted:** Hauser experimented with sound board bracing designs considerably.

**Deleted:** have sound boards

**Deleted:** make up the width,

**Deleted:** widths

**Deleted:** of

**Deleted:** al

**Deleted:** In the beginning he used top cross struts with openings cut in them, as had Torres before him. These were intended to give greater depth of sound by freeing up more sound board area to vibrate, but tops braced this way are prone to cracking. Yet, makers today such as José Romanillos, José Ramírez, and many others still use this idea in theme and variation. ¶

**Deleted:** improvement

**Deleted:** :

**Deleted:** this is

**Deleted:** Aguado y

**Deleted:** Robert Ruck

**Deleted:** countless

**Deleted:** allows for more even sound,

**Deleted:** it might be argued

**Deleted:** His earlier instruments have fan struts taller than they were wide, the result being a very stiff brace which would tend to favor the bright upper overtones of an instrument. Later, he began using fans that were wider than they were tall. This type of pattern favored a deeper bassier tonal quality from the instrument.

**Deleted:**

**Deleted:** '

**Deleted:** the

**Deleted:**

**Deleted:** (nor ancient lute makers)

**Deleted:** finger

**Deleted:** feature: a

**[Redline of Article appearing on Page 73 of the AG Magazine]**

wood that is about 1 mm thick and fitted underneath the fretboard, extending from the twelfth fret to the sound hole. The true purpose of this is regarded as a family secret (many owners are completely unaware of its existence), but it is a feature that can cause problems during extremes of humidity fluctuation, by inhibiting the natural movement of the fretboard in this area. And from the beginning, Hauser attached headstocks to necks with a very complex technical "V" joint that, while visually impressive, is musically superfluous.

WOODS AND DECORATION

Hauser took many decorative design cues from Torres, Hernandez, and Manuel Ramírez. And in general, Hauser maintained a very sober, Torres-inspired appearance to his instruments -- avoiding excessive decoration save for an occasional carved head stock or touch of inlaid pearl in the head or bridge arms. Curiously, he would sometimes mix species of woods, using Indian rosewood for sides and Brazilian rosewood for backs. He also used other species, such as maple, padauk, and even Philippine mahogany for necks instead of Honduran mahogany. His spruce was always of superb quality, much of it cut locally by Hauser himself. Interestingly, for a maker capable of such technical virtuosity, Hauser consistently avoided time consuming mitering in his purfling work, which greatly enhanced production potential.

Deleted:
Deleted: which
Deleted: s
Formatted: Line spacing: Double
Deleted: !
Deleted: preventing
Deleted: finger
Deleted: F
Deleted: guitars had the heads
Deleted: the
Deleted: but
Deleted: external
Deleted: (particularly the 1859 instrument owned by Llobet)
Deleted: Santos
Deleted: (owned by Segovia), and even Francisco Simplicio and Enrique Garcia
Deleted: I
Deleted: classical
Deleted: sober
Deleted: and
Deleted: ed
Deleted: ,
Deleted: limiting this to the
Deleted: ,
Deleted: P
Deleted: s
Deleted: Curiously
Deleted:
Deleted: any
Deleted: s
Deleted: a detail that
Deleted: ¶

POST WAR TRANSITION

HAUSER II AT THE HELM

Hauser's original Munich shop was destroyed by Allied bombing in WWII, and in 1946 the Hauser family moved to Reisbach in the Bavarian countryside, where the shop remains today. With the death of Hermann I in 1952, his son Hermann II -- who, like many professional German luthiers at that time, had completed his training in the official state school for lutherie in Mittenwald – took over direction of the shop. Hermann II hired several more assistants to help with production, most notably a Hungarian immigrant named Franz Hasenfratz, who was instrumental during the shop's transition in 1988 as it passed to Hermann III from his father (see the sidebar, "Continuing the Legacy," on page 74).

Hauser II was quick to assert his own design ideas, particularly with respect to bracing. Hauser II's innovations included a steam-bent lower cross strut (see left) between the sound hole and bridge that resulted in a most

Deleted: ost War transition

Deleted: With the death of Hermann I in 1952, his son Hermann II took over direction of the shop. Like all professional German luthiers at that time, he had completed his training in the official state school for lutherie in Mittenwald in 1930, and subsequently served under his father as an assistant. Up until 1952, Hermann Sr. had signed the labels (sometimes with the legend, manu propria, or "M.P.," which means "by my own hand"), but after 1952, they are signed by Hermann Hauser Jr.

Deleted: The

Deleted:

Deleted: /Vils which is some distance away from Munich in the country,

Deleted: took over direction of the shop.

Deleted: L

Deleted: all

Deleted: he

Deleted: in 1930, and subsequently served under his father as an assistant. Up until 1952, Hermann Sr. had signed the labels (sometimes with the legend, manu propria, or "M.P.," which means "by my own hand"), but after 1952, they are signed by Hermann Hauser Jr

Deleted: served in the German army and was badly injured during the war, and consequently when he took over the shop,

Deleted: were hired

Deleted: s

Deleted: n

Deleted: in

Deleted: of the shop when the time came for Hermann III to take over from his father.¶

Deleted: Jr.

Deleted: also began

Deleted: for

Deleted: , one major

Deleted: being the

Deleted:

Deleted: hole

**[Redline of Article appearing on Page 75 of the AG Magazine]**

unorthodox concave top. He would also return to the taller fan bracing that his father used in the 1950s.

**Deleted:** , which is much weaker in the center, and actually allowed the sound board to drop a few millimeters below the plane of the top. A straightedge placed across the waist of the top will show the center of the top by the rosette about 3 mm below the straight line, resulting in a top that is actually concave rather than domed, contrary to what most makers would advocate.

**Deleted:** The topography of these Hauser sound boards is actually rather complex, as the arch of the bridge creates a transverse arch in the sound board under the bridge, but the curved cross strut allows the top to be longitudinally concave at the same time. In terms of sound, this complex geometry in and of itself has little if any definable affect, the bridge, bracing, finish and top thickness' being far more important. It is an innovation which to date has not enjoyed a significant following among contemporary luthiers. ¶
With the death of Hermann I in 1952, his son Hermann II took over direction of the shop. Like all professional German luthiers at that time, he had completed his training in the official state school for lutherie in Mittenwald in 1930, and subsequently served under his father as an assistant. Up until 1952, Hermann Sr. had signed the labels (sometimes with the legend, manu propria, or "M.P.," which means "by my own hand"), but after 1952, they are signed by Hermann Hauser Jr.¶

Late in the '60's Hauser II developed his ultimate signature bracing pattern, dispensing with the lower top cross strut altogether in favor of a very weak upper "V" or half X-brace (see drawing below). And although the reconfiguration rendered some instruments more prone to collapse (some owners even added a violin-style soundpost to prevent further collapse of the top), the modification resulted in an accented low end that many more-contemporary classical players welcomed.

**Deleted:** Jr.

**Deleted:** (

**Deleted:** "

**Deleted:** "

**Deleted:** if you prefer)

**Deleted:** This pattern opened up the sound board considerably in the lower regions, but it was prone to significant collapse due to the concentration of forces by the edge of the sound hole in front of the bridge. S

**Deleted:** fitted a

**Deleted:**

**Deleted:** , which has little

**Deleted:** if any detrimental affect on the sound, although they do tend to make the instrument feel a little tighter in terms of responseHauser Jr. also began to assert his own ideas for bracing, one major innovation being the steam bent lower cross strut between the sound hole and bridge, which is much weaker in the center, and actually allowed the sound board to drop a few millimeters below the plane of the top. A straightedge placed across the waist of the top will show the center of the top by the rosette about 3 mm below the straight line, resulting in a top that is actually concave rather than domed, contrary to what most makers would advocate. The topography of these Hauser sound boards is actually rather complex, as the arch of the bridge creates a transverse arch in the sound board under the bridge, but the curved cross strut allows the top to be longitudinally concave at the same time. In terms of sound, this complex geometry in and of itself has little if any definable affect, the bridge, bracing, finish and top thickness' being far more important. It is an innovation which to date has not enjoyed a significant following among contemporary luthiers.

Hauser II also stopped using ivory for the nuts, saddles, and bridge tie-block inlays, switching to a plastic material similar to that used for the rollers of the Lansdorfer tuning machines. This plastic material was softer than bone or ivory, did not wear nor glue well, and over time turned a very deep orange color. Many players have replaced this original plastic material with bone or ivory, which greatly improves the performance of the instrument.

**Deleted:** Jr.

**Deleted:**

**Deleted:** , the same as

**Deleted:** d

TWO GENERATIONS OF FINISHES

Hauser I's superb varnishes age gracefully, are exceptionally thin, and were beautifully applied. Most important, they are virtually transparent with respect to tone. After the death of Hauser I in 1952, Hauser II began spraying the guitars with a nitrocellulose lacquer finish, which until then, had rarely been used among more traditional Spanish builders, who tend to prefer catalyzed urethane finishes. Hauser II's use of this material was particularly innovative and preceeded Ramírez' use of sprayed finishes by nearly ten years.

Hauser II leveled the sprayed surface of the guitar by using a pad soaked in lacquer thinner to "pull" the lacquer over the pores of the wood. This technique avoided the laborious process of wet sanding and yielded a final surface more akin to a delicate, thin French polish or shellac finish, which many classical players consider the best sounding. The process also lent many Hauser IIs of the period the checked quality of some older Martin guitars, because nitrocellulose lacquer is prone to crazing and cracking.

**Deleted:** senior

**Deleted:** are superb, very

**Deleted:** ,

**Deleted:** aging gracefully, and m

**Deleted:** ly

**Deleted:** not inhibiting the

**Deleted:** sound

**Deleted:** Sr.

**Deleted:** Jr.

**Deleted:** finishing

**Deleted:** an industrial coating applied with a spray gun, but never used in Spain,

**Deleted:** where

**Deleted:** is the sprayed finish of choice

**Deleted:** Jr

**Deleted:** very

**Deleted:** for the time, anticipating

**Deleted:** 10

**Deleted:** T

**Deleted:** was leveled

**Deleted:** to level the sprayed surface,

**Deleted:** that looked like it had been hand padded like

**Deleted:** f

**Deleted:** but in effect was a much thicker than traditional french polish. Unlike catalyzed urethanes, nitrocellulose lacquer is prone to crazing and cracking, and

**Deleted:** guitars from the 1950's and 60's

**Deleted:** already show this degradation, resembling

**Deleted:** . Hauser Jr. also stopped using ivory for the nuts, saddles and bridge tie block inlays, switching to a plastic material, the same as that used for the rollers of the Landsdorfer tuning machines. This plastic material was softer than bone or ivory, did not wear nor glue well, and over time turned a very deep orange color. Many players have replaced this original plastic material with bone or ivory, which greatly improves the performance of the instrument.¶
¶
Hauser Jr. Bracing¶
¶

AN ENDURING LEGACY

Today, guitars built by Hermann Hauser I and his son fetch tens of thousands of dollars at auction. Their instruments have been cherished and played by the most legendary players ever to live. Hauser I's name will forever be linked to Andres Segovia, and Hauser II's to legends like Julian Bream, Michael Lorimer, and Pepe Romero.

The innovations that the Hausers contributed to classical guitar – new approaches to bracing and top thickness in particular – continue to inform evolutions of the form. But beyond technical specifics, what makes Hausers so coveted, valuable and legendary is their essentially musical voice and their role in elevating the art of classical guitar forever.

**Deleted:** (Figure 2.)Hauser Jr. also began to assert his own ideas for bracing, one major innovation being the steam bent lower cross strut between the sound hole and bridge, which is much weaker in the center, and actually allowed the sound board to drop a few millimeters below the plane of the top. A straightedge placed across the waist of the top will show the center of the top by the rosette about 3 mm below the straight line, resulting in a top that is actually concave rather than domed, contrary to what most makers would advocate. The topography of these Hauser sound boards is actually rather complex, as the arch of the bridge creates a transverse arch in the sound board under the bridge, but the curved cross strut allows the top to be longitudinally concave at the same time. In terms of sound, this complex geometry in and of itself has little if any definable affect, the bridge, bracing, finish and top thickness' being far more important. It is an innovation which to date has not enjoyed a significant following among contemporary luthiers. ¶

**Deleted:** (Figure 3.)Late in the 60's Hauser Jr. developed his ultimate signature bracing pattern, dispensing with the lower top cross strut altogether in favor of a very weak upper "V" (or half "X" brace if you prefer). This pattern opened up the sound board considerably in the lower regions, but it was prone to significant collapse due to the concentration of forces by the edge of the sound hole in front of the bridge. Some owners fitted a sound post to prevent further collapse of the top, which has little if any detrimental affect on the sound, although they do tend to make the instrument feel a little tighter in terms of response.¶
¶
Hauser Models¶

**Deleted:** The Hausers have offered several different models, usually named for the well known performer that inspired them, such as the Segovia, Llobet, Bream, and Romero models, the latter having a longer scale, cedar top and Rodriguez inspired deeper body. Though it is rarely ordered today, they even offered a Viennese model well into the 1950's, a model that is today just beginning to experience something of a renaissance among players. Today, Hermann Hauser III and his assistants continue the work of his ancestors with little change to the models, working in the same workshop established after the war by his father.¶

¶

Conclusion¶

¶

The modern classical guitar had its humble origins in the Spanish flamenco instrument originally intended to accompany gypsy singers and dancers in noisy taverns. Through the world travels of Andrés Segovia, this elegant Torres model, redefined in the hands of Hermann Hauser I, was transformed from an ethnic Spanish instrument into a genuinely international instrument recognized around the world today. Virtually every contemporary luthier has benefitted from the work of Hermann Hauser Sr. His models have been among the most enduringly popular and sought after by musicians for the past 80 years, who greatly value their innate musical qualities.¶

¶

*Our use of the term "fan bracing" is unfortunate, in that it implies a purely structural function. Even Hauser's own bracing treatments would suggest that he viewed this as a structural element as much as an acoustical element. My own observations and experiments have shown that fan braces are entirely unnecessary from a structural point of view, but quite important from an acoustical view. Perhaps it would have been better if they had been called "sound controllers," as this is their relevant function from the musician's standpoint. For more on this subject, see my article in American Lutherie No. 79 Fall, 2004. For more on Hermann Hauser see my article in Vintage Guitar Magazine. February, 1998 Vol 12, No. 05. ¶