# Rachlis Durham Duff & Adler, LLC

542 SOUTH DEARBORN STREET
SUITE 900
CHICAGO, ILLINOIS 60605

(312) 733-3950
FACSIMILE (312) 733-3952

*www.rddlaw.net*

Edwin L. Durham
(312) 733-7590
edurhams@rddlaw.net

*FILED FEB 08 2008 MICHAEL W. DOBBINS CLERK, U.S. DISTRICT COURT*

February 8, 2008

**Via Hand Delivery**

Michael W. Dobbins, Clerk
United States District Court
Northern District of Illinois -
    Eastern Division
219 S. Dearborn Street, Room 2010
Chicago, IL  60604

    Re:   *Richard Bruné v. String Letter Publishing, Inc.*, No. 08 cv 624

Dear. Mr. Dobbins:

    In response to your inquiry regarding information relating to any registered trademarks in relation to the above-captioned matter, the plaintiff has no claims relating to a registered trademark.

    Please contact me if you have additional questions or require additional information.

Very truly yours,

*/s/ Edwin L. Durham/*

Edwin L. Durham
