AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

RICHARD E. BRUNE

V.

STRING LETTER PUBLISHING, INC.
d/b/a ACOUSTIC GUITAR MAGAZINE

CASE NUMBER: **08 C 624**

ASSIGNED JUDGE: **JUDGE MORAN**

DESIGNATED MAGISTRATE JUDGE: **MAGISTRATE JUDGE COLE**

TO: (Name and address of Defendant)

String Letter Publishing, Inc.
c/o Clarence Kellogg
70 S. First Street
San Jose, CA 95109-1469

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Edwin L. Durham
Michael Rachlis
Rachlis Durham Duff & Adler, LLC
542 S. Dearborn Street, Suite 900
Chicago, IL 60605

an answer to the complaint which is herewith served upon you, within ___20___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

**Michael W. Dobbins, Clerk**

_____
**(By) DEPUTY CLERK**



January 29, 2008
_____
Date

# Affidavit of Process Server

_Richard E Brune_ PLAINTIFF/PETITIONER vs _String Letter Publish, et al._ DEFENDANT/RESPONDENT  _08C624_ CASE #

Being duly sworn, on my oath, I _Mike Weeper_, declare that I am a citizen of the United States, over the age of eighteen and not a party to this action.

**Service:** I served _String Letter Publishing, Inc_
NAME OF PERSON/ENTITY BEING SERVED

with the (documents) ☐ Subpoena with $_____ witness fee and mileage

☒ _Summons and Complaint_

by serving (NAME) _Terry York Authorized to accept_

at ☐ Home _____
☒ Business _Hopkins & Carley, 70 S. First St. San Jose CA 95113_
☐ on (DATE) _1-31-08_ at (TIME) _3:15 p_

Thereafter copies of the documents were mailed by prepaid, first class mail on (DATE) _____
from (CITY) _____ (STATE) _____

**Manner of Service:**
☒ By Personal Service.
☐ By leaving, during office hours, copies at the office of the person/entity being served, leaving same with the person apparently in charge thereof,
namely _____
☐ By leaving a copy at the defendant's usual place of abode, with some person of the family or a person residing there, of the age of 13 years or upwards, and informing that person of the general nature of the papers,
namely _____
☐ By posting copies in a conspicuous manner to the address of the person/entity being served.

**Non-Service:** After due search, careful inquiry and diligent attempts at the address(es) listed above, I have been unable to effect process upon the person/entity being served because of the following reason(s):
☐ Unknown at Address   ☐ Evading              ☐ Other: _____
☐ Address Does Not Exist ☐ Service Cancelled by Litigant
☐ Moved, Left no Forwarding ☐ Unable to Serve in a Timely Fashion

**Service Attempts:** Service was attempted on: ( )_____, ( )_____, ( )_____
                                                 DATE TIME        DATE TIME        DATE TIME
( )_____, ( )_____, ( )_____
 DATE TIME        DATE TIME        DATE TIME

**Description:**
☐ Male        ☒ White Skin    ☐ Black Hair    ☐ White Hair    ☐ 14-20 Yrs.    ☐ Under 5'      ☐ Under 100 Lbs.
☒ Female      ☐ Black Skin    ☐ Brown Hair    ☐ Balding       ☐ 21-35 Yrs.    ☐ 5'0"-5'3"     ☒ 100-130 Lbs.
              ☐ Yellow Skin   ☒ Blond Hair                    ☒ 36-50 Yrs.    ☒ 5'4"-5'8"     ☐ 131-160 Lbs.
              ☐ Brown Skin    ☐ Gray Hair     ☐ Mustache      ☐ 51-65 Yrs.    ☐ 5'9"-6'0"     ☐ 161-200 Lbs.
☐ Glasses     ☐ Red Skin      ☐ Red Hair      ☐ Beard         ☐ Over 65 Yrs.  ☐ Over 6'       ☐ Over 200 Lbs.

OTHER IDENTIFYING FEATURES: _____

State of Illinois   County of Cook

_____
SERVED BY
LASALLE PROCESS SERVERS

Subscribed and sworn to before me,
a notary public, this ___ day of _____, 20___
_See Attached Jurat_

NOTARY PUBLIC

**NAPPS**
CHARTER MEMBER NATIONAL ASSOCIATION OF PROFESSIONAL PROCESS SERVERS.

State of California,
County of Santa Clara

Subscribed and sworn to (or affirmed) before me on this 4 day of February, 2008, by Mike Weeher, proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.



PHYLLIS I. ARMENTA
COMM. # 1598513
NOTARY PUBLIC - CALIFORNIA
SANTA CLARA COUNTY
MY COMM. EXP. AUG. 19, 2009

(Seal)    Signature _____