U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                                                 Case Number: 08 C 624
RICHARD E. BRUNE, Plaintiff,
v.
STRING LETTER PUBLISHING, INC.
d/b/a ACOUSTIC GUITAR MAGAZINE,
Defendants.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:
STRING LETTER PUBLISHING, INC. d/b/a/ ACOUSTIC GUITAR MAGAZINE

| NAME (Type or print) |
| --- |
| Steven P. Mandell |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
| s/ Steven P. Mandell |
| FIRM |
| MANDELL MENKES LLC |
| STREET ADDRESS |
| 333 West Wacker Drive, Suite 300 |
| CITY/STATE/ZIP |
| Chicago, Illinois 60606 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
| --- | --- |
| 6183729 | (312) 251-1000 |

| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓ | NO ☐ |
| --- | --- | --- |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ✓ | NO ☐ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓ | NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓ | NO ☐ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS

RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐