## IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| RICHARD E. BRUNE, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 08 C 624 |
| | ) | |
| v. | ) | Judge Moran |
| | ) | |
| STRING LETTER PUBLISHING, INC. | ) | Magistrate Judge Cole |
| d/b/a/ ACOUSTIC GUITAR MAGAZINE | ) | |
| | ) | |
| Defendant. | ) | |

### AGREED MOTION FOR EXTENSION OF TIME WITHIN WHICH TO FILE RESPONSIVE PLEADING

Defendant, String Letter Publishing, Inc. d/b/a Acoustic Guitar Magazine ("String Letter"), moves this Court, with consent, for a forty-five day extension of the deadline to answer or otherwise plead to the complaint of plaintiff, Richard E. Brune ("Plaintiff"). In support of this motion, String Letter states as follows:

1.  Plaintiff filed his five-count complaint in this matter on January 29, 2008. The complaint includes claims under the Lanham Act, Illinois Deceptive Trade Practices Act, Consumer Fraud and Deceptive Trade Practices Act as well as claims for false light and defamation arising from String Letter's publication of an academic article on flamenco guitar history.

2.  On February 18, 2008 Plaintiff filed an Affidavit of Process Server in connection with its return of service indicating that the complaint was served upon String Letter's California counsel's, Hopkins & Carley, at their San Jose, California offices on January 31, 2008. (Docket [9]).

168093

3. Assuming January 31, 2008 is the proper date of service, String Letter's deadline to answer the complaint or otherwise plead falls on February 20, 2008.

4. String Letter has recently retained counsel in Illinois to represent its interests. In order to prepare a responsive pleading, counsel needs additional time to review the facts set forth in the complaint (which are recited in great detail) and the legal claims.

5. On February 20, 2008, String Letter's counsel spoke with Plaintiff's counsel by telephone and obtained Plaintiff's agreement to the forty-five day extension request set forth in the instant motion. In addition, the parties engaged in preliminary settlement negotiations.

6. The requested extension will not prejudice either party.

WHEREFORE, defendant, String Letter Publishing, Inc. d/b/a Acoustic Guitar Magazine, requests that this Court enter an order extending the deadline to answer or otherwise plead to the complaint to April 7, 2008, and for any further relief the Court deems proper.

        Respectfully Submitted,

        STRING LETTER PUBLISHING, INC., d/b/a
        ACOUSTIC GUITAR MAGAZINE

        By: _____/s /Steven P. Mandell_____
             One of Its Attorneys

Steven P. Mandell (ARDC #6183729)
Steven L. Baron (ARDC #6200868)
Natalie A. Harris (ARDC #6272361)
*MANDELL MENKES LLC*
333 West Wacker Drive, Suite 300
Chicago, IL 60606
Telephone: 312/251-1000
Facsimile: 312/251-1010

**CERTIFICATE OF SERVICE**

  The undersigned, an attorney, hereby certifies that he caused the foregoing ***NOTICE OF MOTION*** and ***AGREED MOTION FOR EXTENSION OF TIME WITHIN WHICH TO FILE RESPONSIVE PLEADING***, to be served on:

> Edwin Durham
> Michael Rachlis
> RACHLIS DURHAM DUFT & ADLER, LLC
> 542 S. Dearborn St., Ste. 900
> Chicago, IL 60605
> Tel. (312) 733-3950
> Fax. (312) 733-3952

by ECF on this 20th day of February, 2008.

            By: /s/ Steven P. Mandell