### IN THE UNITED STATES DISTRICT COURT FOR THE
### NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| RICHARD E. BRUNE, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 08 C 624 |
| | ) | |
| v. | ) | Judge Moran |
| | ) | |
| STRING LETTER PUBLISHING, INC. | ) | Magistrate Judge Cole |
| d/b/a/ ACOUSTIC GUITAR MAGAZINE | ) | |
| | ) | |
| Defendant. | ) | |

### NOTICE OF MOTION

**PLEASE TAKE NOTICE** that on Wednesday, February 27, 2008, at 9:00 a.m., or as soon thereafter as counsel may be heard, we shall appear before Judge Moran, or such other judge as may be sitting in his stead, in the courtroom usually occupied by him, in Room 1843 of the U.S. District Court of the Northern District of Illinois, 219 S. Dearborn, Chicago, Illinois, and shall then and there present for hearing ***AGREED MOTION FOR EXTENSION OF TIME WITHIN WHICH TO FILE RESPONSIVE PLEADING***, a copy of which is served upon you.

Respectfully Submitted,

STRING LETTER PUBLISHING, INC., d/b/a
ACOUSTIC GUITAR MAGAZINE

By: _____/s /Steven P. Mandell_____
One of Their Attorneys

Steven P. Mandell
Steven L. Baron
Natalie A. Harris
***MANDELL MENKES LLC***
333 West Wacker Drive, Suite 300
Chicago, IL 60606
Telephone:  312/251-1000
Facsimile:  312/251-1010

168093

**CERTIFICATE OF SERVICE**

      The undersigned, an attorney, hereby certifies that I caused the foregoing ***NOTICE OF MOTION*** and ***AGREED MOTION FOR EXTENSION OF TIME WITHIN WHICH TO FILE RESPONSIVE PLEADING***, to be served on:

> Edwin Durham
> Michael Rachlis
> RACHLIS DURHAM DUFT & ADLER, LLC
> 542 S. Dearborn St., Ste. 900
> Chicago, IL 60605
> Tel. (312) 733-3950
> Fax. (312) 733-3952

by ECF is indicated on this 20th day of February, 2008.

      By:    /s/ Stephen P. Mandell