U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                                                 Case Number: 08 C 624
RICHARD E. BRUNE, Plaintiff,
v.
STRING LETTER PUBLISHING, INC.
d/b/a ACOUSTIC GUITAR MAGAZINE,
Defendants.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

STRING LETTER PUBLISHING, INC. d/b/a/ ACOUSTIC GUITAR MAGAZINE

| | |
|---|---|
| NAME (Type or print) <br> Natalie A. Harris | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) <br> s/ Natalie A. Harris | |
| FIRM <br> MANDELL MENKES LLC | |
| STREET ADDRESS <br> 333 West Wacker Drive, Suite 300 | |
| CITY/STATE/ZIP <br> Chicago, Illinois 60606 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) <br> 6272361 | TELEPHONE NUMBER <br> (312) 251-1000 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐  NO ☑ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☑  NO ☐ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐  NO ☑ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐  NO ☑ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. <br> RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐ | |