**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| **RICHARD E. BRUNÉ,** ) | |
| ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | **Case No. 08 C 624** |
| v. ) | |
| ) | **Honorable James B. Moran** |
| **STRING LETTER PUBLISHING, INC.,** ) | **Magistrate Judge Jeffrey Cole** |
| **d/b/a ACOUSTIC GUITAR MAGAZINE,** ) | |
| ) | |
| **Defendants.** ) | |
| ) | |

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL**

PLEASE TAKE NOTICE that Plaintiff Richard E. Bruné, by his undersigned counsel, Rachlis Durham Duff & Adler, LLC, pursuant to Fed. R. Civ. P. 41(a)(1), hereby voluntarily dismisses his claims against Defendant String Letter Publishing, Inc. d/b/a Acoustic Guitar Magazine, with prejudice and without recovery of costs.

Respectfully submitted,

RICHARD E. BRUNÉ

By:     /s/ Edwin L. Durham
Edwin L. Durham (#6204142)
Michael Rachlis (#6203745)
Darnella J. Ward (#6209493)
Rachlis Durham Duff & Adler, LLC
542 South Dearborn Street, Suite 900
Chicago, Illinois 60605
312-733-3950
312-733-3952 (fax)
edurham@rddlaw.net
mrachlis@rddlaw.net
dward@rddlaw.net