# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| **RICHARD E. BRUNÉ,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) Case No. 08 C 624 |
| v. | ) |
| | ) Honorable James B. Moran |
| **STRING LETTER PUBLISHING, INC.,** | ) Magistrate Judge Jeffrey Cole |
| d/b/a ACOUSTIC GUITAR MAGAZINE, | ) |
| | ) |
| **Defendants.** | ) |
| | ) |

## NOTICE OF FILING

TO:   Steven P. Mandell
      Natalie Anne Harris
      Steven L. Baron
      Mandell Menkes, LLC
      333 W. Wacker Drive, Suite 300
      Chicago, IL  60606

PLEASE TAKE NOTICE that, on April 7, 2008, the undersigned electronically filed Plaintiff's Notice of Voluntary Dismissal with the Clerk of the U.S. District Court for the Northern District of Illinois, utilizing the Court's CM/ECF system.

                              RICHARD E. BRUNÉ

                       By:    /s/ Edwin L. Durham
                              Edwin L. Durham (# 6204142)
                              Michael Rachlis (# 6203745)
                              Darnella J. Ward (# 6279493)
                              Rachlis Durham Duff & Adler, LLC
                              542 S. Dearborn Street, Suite 900
                              Chicago, IL  60605
                              312-733-3950
                              312-733-3952 (fax)
                              edurham@rddlaw.net
                              mrachlis@rddlaw.net
                              dward@rddlaw.net

**CERTIFICATE OF SERVICE**

I hereby certify that on April 7, 2008, I electronically filed the foregoing Notice and Plaintiff's Notice of Voluntary Dismissal with the Clerk of the Court, using the CM/ECF system, which sent notification of such filing to the following:

Steven P. Mandell
Natalie Anne Harris
Steven L. Baron
Mandell Menkes, LLC
333 W. Wacker Drive, Suite 300
Chicago, IL  60606
smandell@mandellmenkes.com
nharris@mandellmenkes.com
sbaron@mandellmenkes.com

/s/ Edwin L. Durham
Edwin L. Durham (# 6204142)
Michael Rachlis (# 6203745)
Darnella J. Ward (# 6279493)
Rachlis Durham Duff & Adler, LLC
542 S. Dearborn Street, Suite 900
Chicago, IL  60605
312-733-3950
312-733-3952 (fax)
edurham@rddlaw.net
mrachlis@rddlaw.net
dward@rddlaw.net